FILED

05/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0637

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0637

_____

VERNON HOVEN,

   Plaintiff and Appellant,

v.                                                                 O R D E R

DANIEL WADDELL,

   Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 25 2022